ADAM PAUL LAXALT
  Attorney General
ROBERT DELONG, Bar No. 10022
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1120
E-mail:  rdelong@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATRELL SPEECH,<br><br>        Plaintiff,<br><br>vs.<br><br>SCOTT BURCHETT et al.,<br><br>        Defendant. | Case No.  3:17-cv-00713-MMD-WGC<br><br>**ORDER GRANTING**<br><br>**MOTION TO EXTEND STAY** |

Defendants, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Robert W. DeLong, Deputy Attorney General, hereby move to have the stay in this matter extended until seven days after completion of the early mediation conference. This Court entered its Screening Order (ECF No. 3) on September 10, 2018. The Order stayed the matter for 90 days and referred the matter to the Court's Inmate Early Mediation Program. An early mediation conference is set for Tuesday, February 5, 2019 (ECF No. 6), but the 90 day stay is set to expire on December 7, 2018.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, Defendants respectfully request that this Court continue the stay entered in this matter, and the requirement to file a 90-day report, until seven days after an early mediation conference is completed.

DATED this 7th day of December, 2018.

                                        ADAM PAUL LAXALT
                                        Attorney General

By: _____
     ROBERT W. DELONG
     Deputy Attorney General
     State of Nevada
     Bureau of Litigation
     Public Safety Division

*Attorneys for Defendants*

**IT IS SO ORDERED.**

**DATED: December 10, 2018.**

_____
**UNITED STATES MAGISTRATE JUDGE**